# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER SANDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAINES, et al.,<br><br>　　　　Defendants. | **Case No. 1:18-cv-01285-AWI-JLT (PC)**<br><br>**ORDER FOR PLAINTIFF TO PROVIDE FURTHER INFORMATION**<br><br>**21-DAY DEADLINE** |

　　　The Court recently issued findings and recommendations to deny Plaintiff's request to proceed *in forma pauperis* in this action. Plaintiff filed timely objections in which he states that the account has been closed since March 12, 2018. Plaintiff indicates that a recent request to the banking facility "has made this information available and an attempt to locate the funds and have them made available" to his children "is being researched at this time." (Doc. 10.) That is the only information Plaintiff provides. The Court cannot determine the plaintiff's meaning and his statement is insufficient for the Court to determine whether Plaintiff should be required to pay the filing fee. Further, Plaintiff's objections are not admissible as evidence since they are not filed under penalty of perjury.

　　　Plaintiff must provide further information explaining his objections and must submit copies of any documents he has obtained/received regarding the closing of this account. Plaintiff must also outline all efforts he, or anyone acting on his behalf, has taken attempting to withdraw

1

funds from this account.  Plaintiff's response must be signed under penalty of.

Accordingly, the Court **ORDERS** that <u>**within 21 days**</u> of the date of service of this order, Plaintiff **SHALL** provide additional information clarifying the circumstances under which he claims that he is no longer able to access the mutual funds referenced in his application to proceed *in forma pauperis*.  **<u>Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.</u>**

IT IS SO ORDERED.

Dated: **October 30, 2018**          /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE