UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER SANDERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER GRIMES, et al.,<br><br>　　　　　Defendants. | 1:18-cv-01285-AWI-JLT (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY COMMUNITY CORRECTIONAL FACILITY |

Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Initially, it appeared that Plaintiff had the ability to pay the filing, so the Court recommended leave be denied. (Doc. 7.) However, Plaintiff filed objections and further information which meets the showing required by § 1915(a). (Docs. 10-14.) Accordingly, the Court **WITHDRAWS** the Findings and Recommendations and Plaintiff's request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $400.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Community Correctional Facility is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, the Court **ORDERS**:

1

1. The Findings and Recommendations, issued on September 21, 2018, (Doc. 7), is **WITHDRAWN**;

2. Plaintiff's application to proceed in forma pauperis is **GRANTED**;

3. **The Director of the Community Correctional Facility or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the Community Correctional Facility via United States Mail.

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: __December 17, 2018__        /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE