UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TROY ALEXANDER SANDERS, | Case No.: 1:18-cv-01285-AWI-JLT (PC) |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR RELEASE |
| v. | (Doc. 30) |
| GRIMES, et al., | |
| Defendants. | |

Plaintiff filed a "motion for release of prisoner in a habeas corpus proceeding." (Doc. 30.) As the Court explained in its order denying appointment of counsel, (Doc. 29), this case is *not* a habeas corpus case; it is a civil rights case under 42 U.S.C. § 1983. The reason the Court previously dismissed Plaintiff's complaint is because he sought release from custody, which the Court *cannot* grant in a section 1983 action. (Doc. 17 at 1, 4-6; Doc. 19 at 1-2.) Though Plaintiff cites the Ninth Circuit's reversal of the Court's dismissal, (Doc. 30 at 1), the Ninth Circuit affirmed the dismissal with respect to Plaintiff's request for release from custody. (Doc. 26.) It reversed the dismissal only with respect to "requests for relief *other* than release from custody." (*Id.* (emphasis added).) If Plaintiff seeks to pursue a writ of habeas corpus, either in state court or in federal court, he must do so in a separate case.

///

///

1 | For the foregoing reasons, the Court DENIES Plaintiff's motion, (Doc. 30).

IT IS SO ORDERED.

Dated: **December 13, 2019**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE