Case 1:18-cv-01285-AWI-JLT   Document 40   Filed 09/09/20   Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TROY ALEXANDER SANDERS, | No. 1:18-cv-01285-AWI-JLT (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| GRIMES, et al., | |
| Defendants. | (Doc. 38) |

     Plaintiff Troy Alexander Sanders is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On July 1, 2020, the assigned magistrate judge issued findings and recommendations, recommending that the claims in Plaintiff's complaint be dismissed, except for Plaintiff's claim that Defendants Grimes and Lucas interfered with his First Amendment right to send mail to the courts. (Doc. 38.) The magistrate judge further recommended that Defendant Henry be dismissed and that Plaintiff be allowed to seek only nominal damages in this action. (*Id.*) The judge found that, given Plaintiff's two opportunities to amend (*see* Docs. 28, 36), further amendment would be futile. (Doc. 38 at 1, 10.) The magistrate judge provided Plaintiff 21 days to file objections to the findings and recommendations. (*Id.* at 11.) Plaintiff has not filed objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations issued on July 1, 2020 (Doc. 38) are ADOPTED in full;
2. The claims in Plaintiff's complaint are DISMISSED, except for Plaintiff's claim that Defendants Grimes and Lucas interfered with his First Amendment right to send mail to the courts, under 42 U.S.C. § 1983;
3. Defendant Henry is DISMISSED;
4. Plaintiff may seek only nominal damages in this action; and,
5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 9, 2020                                   /s/ signature
                                                     SENIOR DISTRICT JUDGE