UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER SANDERS,<br><br>        Plaintiff,<br><br>   v.<br><br>GRIMES, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01285-AWI-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>21-DAY DEADLINE |

On December 11, 2020, Defendants filed a motion to dismiss Plaintiff's complaint. (Doc. 45.) Pursuant to Local Rule 230(l), Plaintiff had 21 days to file an opposition or a statement of non-opposition to the motion. To date, Plaintiff has failed to do so. Accordingly, the Court ORDERS Plaintiff, **within 21 days**, to show cause in writing why this action should not be dismissed for his failure to prosecute. Alternatively, within that same time, Plaintiff may file an opposition or a statement of non-opposition to Defendants' motion to dismiss. **Failure to comply with this order will result in a recommendation that this case be dismissed for failure to prosecute.**

IT IS SO ORDERED.

   Dated:   **February 2, 2021**             **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE